Commonwealth *v.* Gonzales, Appellant.

Submitted March 16, 1970. *Victor Gonzales,* appellant,

830

in propria persona; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.